# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States of America | Crim. Action No. 2:99CR20002(04) |
| versus | Judge Tucker L. Melançon |
| Kevin R. Blue | Magistrate Judge Mildred E. Methvin |

## ORDER

Before the Court is a letter to the Court [Rec. Doc. 546] from Defendant, Kevin Ray Blue, requesting credit for state time served on his federal sentence. Defendant previously filed a similar motion on December 10, 2001[Rec. Doc. 501]. On March 10, 2003, the Court denied Defendant's Motion [Rec. Doc. 523].

The Court, having determined that Defendant's Motion should be construed as a motion under Rule 35(c), and after considering the record in this case and the requirements of Federal Rule of Criminal Procedure 35(c), finds that there is no basis in law or fact entitling Defendant to the relief he seeks, accordingly,

IT IS ORDERED that Defendant's letter dated January 23, 2006 which the Court construes as a Motion under Rule 35(c) [Rec. Doc. 546] is DENIED.

THUS DONE AND SIGNED this 7th day of March, 2006 at Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE